*E-FILED: November 29, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENISE E. VREEBURG, | No. C12-05127 HRL |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND TERMINATING MOTION TO DISMISS AS MOOT** |
| v. | |
| SANTA CLARA COUNTY OFFICE OF EDUCATION, | |
| Defendant. | |

Plaintiff has filed a First Amended Complaint (Dkt. 15) outside of the 21 days within which he was permitted to amend without leave of Court. Fed. R. Civ. P. 15(a)(1). The Court has also been notified, however, that defendant does not object to the amendment. The Court hereby grants Plaintiff leave to file his First Amended Complaint. As the First Amended Complaint is now the operative pleading, defendant's motion to dismiss the complaint is terminated as moot.

**IT IS SO ORDERED.**

Dated: November 29, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-05127 HRL Order will be electronically mailed to:**

Mark E. Davis: mdavis@davisyounglaw.com, dmyers@davisyounglaw.com

Steven Russell Pogue: PogueEsq@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**